## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROSEMARY BUEHLER,

     Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

v.

                                      Case No. 08-cv-732-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

This action came for consideration before the court with U.S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Rosemary Buehler's appeal is dismissed.**

_Peter Oppeneer_ _____

Peter Oppeneer, Clerk of Court

8/13/09

Date